## EX PARTE BRANNAN.

(Decided January 31, 1913.)

Original petition in Supreme Court.

THOMAS & MCDOWELL, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed by agreement.

---

## EX PARTE CARTER.

(Decided December 9, 1912.)

Original petition in Supreme Court.

HILL, HILL, WHITING & STERN, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Certiorari denied.

---

## EX PARTE HOUSE.

(Decided December 9, 1912.)

Original petition in Supreme Court.

TATE & WALKER, for appellant. C. H. YOUNG, for appellee.

Per curiam. Petition to review case of *House v. City of Anniston* in the Court of Appeals. Certiorari dened.

---

## EX PARTE KENNEDY.

(Decided January 13, 1913.)

Original petition in Supreme Court.

KNOX, ACKER, DIXON & STERNE, and TATE & WALKER, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Petition denied. DOWDELL, C. J., and ANDERSON and SAYRE, JJ., dissent.